**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WILLIAM BUTT,** | **CIVIL ACTION No. _____** |
| **Plaintiff,** | |
| **vs.** | |
| **AMAZON, INC., NURSE ASSIST, LLC, and MATTHEW G. RIVARD, D.D.S., P.A. d/b/a SMILES BY DESIGN 816,** | |
| **Defendants.** | |

## NOTICE OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446, Defendant Nurse Assist, LLC files this Notice of Removal to remove this civil action styled *William Butt v. Amazon, Inc, et al.* from the Supreme Court of the State of New York, Richmond County, wherein it was filed at Index No. 150498/2024, to the United States District Court for the Eastern District at Brooklyn, and shows unto this Honorable Court as follows:

1. On or about March 8, 2024, Plaintiff William Butt filed this civil action styled *William Butt v. Amazon, Inc., et al.* in the Supreme Court of the State of New York, Richmond County, at Index No. 150498/2024. A true and correct copy of the Summons with Notice is attached hereto as **Exhibit A** and is incorporated herein by reference.

2. Plaintiff alleges personal injuries from using 0.9% Sodium Chloride Sterline Saline 250 ml.

3. Defendant Nurse Assist, LLC was served with the Summons with Notice on March 19, 2024.

4. This action could have been originally filed in this Court pursuant to 28 U.S.C. §§ 1332 and 1367, in that there is a complete diversity between the parties and the amount in controversy claimed in the Notice exceeds the sum or value of $75,000, exclusive of interest and costs.

5. This Notice of Removal is filed timely. Pursuant to 28 U.S.C. § 1446(b), the notice is filed within thirty (30) days of receipt by Nurse Assist of "the initial pleading" being a copy of the Summons with Notice.

## DIVERSITY OF CITIZENSHIP

6. Complete diversity of citizenship exists between the parties. Upon information and belief, Plaintiff was and still is a resident of Richmond County, New York. (*See* Ex. A, Summons with Notice).

7. Defendant Nurse Assist, LLC is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in Haltom City, TX. Nurse Assist, LLC is wholly owned by Big Tree Road, LLC, a Delaware limited liability company principally located in Massachusetts. Pursuant to 28 U.S.C. § 1332(c)(1), Nurse Assist is a citizen of Delaware, Texas, and Massachusetts. Defendant Nurse Assist, LLC is not, and was not at the time of the filing, a citizen of the State of New York within the meaning of the Acts of Congress relating to the removal of cases.

8. Upon information and belief, Defendant Matthew G. Rivard, D.D.S., P.A. d/b/a Smiles by Design 816 (hereinafter "Smiles by Design 816"), is a professional association organized and existing under the laws of the State of Kansas with a principal place of business of 3357 Harvester Rd., Kansas City, KS. (*See* Ex. A, Summons with Notice). Pursuant to 28 U.S.C. § 1332(c)(1), Defendant Smiles by Design 816 is a citizen of Kansas. Smiles by Design 816 is not, and was not at the time of the filing, a citizen of the State of New York within the meaning of the Acts of Congress relating to the removal of cases.

2

9.      Upon information and belief, Defendant Amazon, Inc., is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 410 Terry Avenue North, Seattle, WA. (*See* Ex. A, Summons with Notice). Pursuant to 28 U.S.C. § 1332(c)(1), Defendant Amazon is a citizen of Washington. Amazon is not, and was not at the time of the filing, a citizen of the State of New York within the meaning of the Acts of Congress relating to the removal of cases.

### THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

10.      Plaintiff seeks "the principal sum of $50,000,000.00, together with punitive damages, interest, costs, and attorney's fees." (*See* Ex. A, Notice). Thus, Plaintiff is claiming damages in excess of the requisite amount in controversy for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

### THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

11.      A copy of this Notice of Removal is being filed with the Summons with Notice, as provided by law, and written notice is being sent to all parties and all counsel of record.

12.      Defendants, Matthew G. Rivard, D.D.S., P.A. d/b/a Smiles by Design 816 and Amazon, Inc., have not yet appeared in the Supreme Court, Richmond County action, so the only defendant who has been properly joined and served (Nurse Assist, LLC) consents to this request. A true and correct copy of the Document List for Index No. 150498/2024 as of April 8, 2024 is attached hereto as **Exhibit B** and is incorporated herein by reference.

13.      The prerequisites for removal under 28 U.S.C. § 1441 have been met.

14.      The allegations contained in this Notice are true and correct and within the jurisdiction of the United States District Court for the Eastern District of New York at Brooklyn, and this cause is removable to the United States District Court for the Eastern District of New York at Brooklyn.

3

15.    If any question arises as to the propriety of the removal of this action, Defendant Nurse Assist, LLC respectfully request the opportunity to present a brief and oral argument in support of its position that this case is removable.

**WHEREFORE**, Defendant Nurse Assist, LLC, desiring to remove this case to the United States District Court for the Eastern District of New York being the district and division of said Court for the County in which said action is pending, prays that the filing of this Notice of Removal shall effect the removal of said suit to this Court.

Dated this 8th day of April, 2024.

Respectfully submitted,

*/s/ Arthur A. Povelones, Jr.*
Arthur A. Povelones, Jr., Esq.
HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
673 Morris Avenue
Springfield, NJ 07081
Telephone: 973-912-5222
Facsimile: 973-912-9212
Email: apovelones@hkmpp.com

*Attorneys for Defendant, Nurse Assist, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Rules of Civil Procedure on this 8th day of April, 2024 as follows:

Leigh H. Sutton, Esq.
Sutton & Smyth, LLP
30 Wall Street, 8th Floor
New York, NY 10005
*Attorney for Plaintiff, William Butt*

I hereby certify that a true and correct copy of the foregoing document has been forwarded to co-Defendants via First Class Mail on this 8th day of April, 2024 as follows:

Matthew G. Rivard, D.D.S., P.A. d/b/a Smiles by Design 816
3357 Harvester Road
Kansas City, KS 66115

Amazon.com, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*/s/ Arthur A. Povelones, Jr.*
Arthur A. Povelones, Jr., Esq.
HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
*Attorneys for Defendant, Nurse Assist, LLC*

# EXHIBIT A

Case 1:24-cv-02628-RPK-LKE  Document 1  Filed 04/08/24  Page 7 of 10 PageID #: 7

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND                                     Index No.:
-------------------------------------------------------------------------X
WILLIAM BUTT,                                          Date Purchased:

                Plaintiff(s),        **<u>SUMMONS WITH NOTICE</u>**

     -against-                                    Plaintiff designates Richmond
                                                      County as the place of trial.
AMAZON, INC., NURSE ASSIST, LLC, and MATTHEW G.
RIVARD, D.D.S., P.A. d/b/a SMILES BY DESIGN 816,      The basis of venue is the County
                                                      in which the incident arose
                Defendant(s).
-------------------------------------------------------------------------X        Plaintiff resides at
                                                      601 West Fingerboard Road
                                                      Staten Island, New York

**TO THE ABOVE-NAMED DEFENDANT(S):**

     **YOU ARE HEREBY SUMMONED** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
       March 8, 2024

                        Yours, etc.,

                        **SUTTON & SMYTH, LLP**

              By:_____
                 Leigh H. Sutton, Esq.
                 *Attorneys for Plaintiff*
                 WILLIAM BUTT
                 30 Wall Street, 8th Floor
                 New York, New York 10005
                 lsutton@suttonandsmyth.com

To:

FILED: RICHMOND COUNTY CLERK 03/08/2024 10:11 PM    INDEX NO. 150898/2024

NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 03/08/2024

NURSE ASSIST, LLC
4409 Haltom Road
Haltom City, Texas 76117

MATTHEW G. RIVARD, D.D.S., P.A. d/b/a SMILES BY DESIGN 816
3357 Harvester Road
Kansas City, Kansas 66115

AMAZON, INC.
410 Terry Avenue North
Seattle, Washington 98109-5210

## NOTICE

This is an action for strict liability, negligence, failure to warn, breach of express warranties, breach of implied warranties, negligent manufacture, negligent design, negligent infliction of emotional distress, and punitive damages as against the defendants, NURSE ASSIST, LLC, MATTHEW G. RIVARD, D.D.S., P.A. d/b/a SMILES BY DESIGN 816, and AMAZON, INC. The causes of action arise from the Plaintiff's use in or about August/September of 2023 of non-sterile 0.9% Sodium Chloride Sterile Saline 250ml that was designed, manufactured, distributed and sold by Defendants.

**WHEREFORE**, Plaintiff demands judgment against the Defendants in the principal sum of $50,000,000.00, together with punitive damages, interest, costs, and attorney's fees.

# EXHIBIT B

NYSCEF

Richmond County Supreme Court

**Document List**

**Index #  150498/2024**

Created on:04/08/2024 01:35 PM

Case Caption:    **WILLIAM BUTT v. AMAZON, INC. et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 1 | SUMMONS WITH NOTICE | Processed | 03/08/2024 | Sutton, L. |